TDCJ Offender Details

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
TDCJ Home  Q
New Offender Search

36,092 - 04/05

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01836125 |
| **TDCJ Number:** | 01969618 |
| **Name:** | HARRISON,WILLIAM BUFORD |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1955-07-21 |
| **Maximum Sentence Date:** | 2029-02-09 |
| **Current Facility:** | MICHAEL |
| **Projected Release Date:** | 2021-01-13 |
| **Parole Eligibility Date:** | 2015-11-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**        Offender is not scheduled for release at this time.

**Scheduled Release Type:**        Will be determined when release date is scheduled.

**Scheduled Release Location:**    Will be determined when release date is scheduled.

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |